IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL ANTHONY EVANS, § <br> (TDCJ-CID #497500) § <br> Plaintiff, § <br> § <br> vs. §    CIVIL ACTION H-12-27 <br> § <br> MD. EDGAR HULIPAS, § <br> Defendant. § | |

## MEMORANDUM AND ORDER

The plaintiff, a Texas state inmate, filed suit in state court alleging civil rights violations against a state official under 42 U.S.C. § 1983. Because the plaintiff asserted a denial of federally protected rights, the defendant's timely removal to federal district court was proper. The plaintiff's motion to remand, Docket Entry No. 5, is denied.

The defendant has moved to transfer venue from the Southern District of Texas, Houston Division, to the Galveston Division. He asserts that a clerical error led to the incorrect assignment. The motion to transfer, Docket Entry No. 3, is granted. The clerk of court will transfer this case to the Southern District of Texas, Galveston Division.

SIGNED on February 2, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge